

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2015

No. 04-15-00408-CR

Armando Garcia **VILLEGAS**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 365296
Honorable Jason Garrahan, Judge Presiding

## ABATEMENT ORDER

On July 17, 2015, appellant filed "Defendant's Motion For the Record in Forma Pauperis" in the trial court. Appellant, who is represented by retained counsel on a "pro bono" basis, asserts that he is indigent and requests that the trial court direct the court reporter to prepare the reporter's record at no cost. Pursuant to Rule 20, this appeal must be abated and remanded to the trial court for a hearing to determine whether appellant is indigent and is entitled to receive a free reporter's record on appeal. *See* TEX. R. APP. P. 20.2.

We ABATE this appeal and remand it to the trial court. The trial court is ORDERED to conduct a hearing to determine whether appellant is entitled to a free reporter's record on appeal under TEX. R. APP. P. 20.2. The trial court is further ORDERED to file a supplemental clerk's record in this court, no later than **twenty days** after the date of this order, which shall include a written order ruling on appellant's request for a free reporter's record. All appellate filing dates are ABATED pending further orders from this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2015.



Keith E. Hottle
Clerk of Court